George D. PATTERSON, Jr., District Director of Internal Revenue, Appellant,

v.

The BIRMINGHAM NEWS COMPANY, Appellee.

No. 21515.

United States Court of Appeals Fifth Circuit.

May 24, 1965.

Michael A. Mulroney, Atty., Dept. of Justice, Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Harry Baum, Attys., Dept. of Justice, Washington, D. C., Macon L. Weaver, U. S. Atty., Birmingham, Ala., John B. Jones, Jr., Acting Asst. Atty. Gen., Meyer Rothwacks, Atty., Dept. of Justice, Washington, D. C., for appellant.

Lee C. Bradley, Jr., Birmingham, Ala., Charles Goldman, New York City, Douglas Arant, Robert H. Walston, Birmingham, Ala., Bradley, Arant, Rose & White, Birmingham, Ala., Goldman, Evans & Goldman, New York City, of counsel, for appellee.

Before WOODBURY,* WISDOM, and BELL, Circuit Judges.

PER CURIAM.

The decision of the district court is correct. Birmingham News Company v. Patterson, N.D.Ala.1963, 224 F.Supp. 670. There is little, if anything, that we can add to the district court's exposition of its holding. We adopt the district court's opinion as the opinion of this Court. Judgment is affirmed.

* Of the First Circuit, sitting by designation.

---

Delores STILWELL, Appellant,

v.

TRAVELERS INSURANCE COMPANY, Appellee.

No. 21708.

United States Court of Appeals Fifth Circuit.

June 1, 1965.

See also 5 Cir., 327 F.2d 931.

John K. Calhoun, Atlanta, Ga., for appellant.

Burt DeRieux and Greene, Neely, Buckley & DeRieux, Atlanta, Ga., for appellee.

Before TUTTLE, Chief Judge, and EDGERTON,* and SMITH,** Circuit Judges.

PER CURIAM.

This appeal presents the question whether the trial court abused its discretion in denying a motion for new trial based on alleged newly discovered evidence. In light of the issues presented to the jury and the understanding by the trial court of the circumstances surrounding the trial, we cannot hold that the trial court abused its discretion in its determination that the appellant did not adequately carry the burden of showing that the evidence was more than cumulative and that the proffered new evidence would probably produce a different result.

The judgment is therefore affirmed.

* Senior Circuit Judge of the D. C. Circuit, sitting by designation.

** Of the Third Circuit, sitting by designation.